UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES CALVEN OSBORNE,<br><br>        Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CORRECTIONS CORPORATIONS OF AMERICA,<br><br>        Defendants. | NO.  CV-09-5007-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    BEFORE THE COURT is Plaintiff James Calven Osborne's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 13)** is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

1  a copy to Plaintiff, and close the file.
2      **DATED** this  15th  day of May 2009.
3
4                      s/Edward F. Shea
                       EDWARD F. SHEA
5                UNITED STATES DISTRICT JUDGE
6
   Q:\Civil\2009\9cv5007efs-3-19-voldis.wpd
7

28 ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2