AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,

James Calvin Osborne

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-09-5007-EFS

Washington State Department of Corrections, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED James Calven Osborne's Motion to Voluntarily Dismiss Complaint (Ct. Rec. 13) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a). Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

| | |
|---|---|
| May 19, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |